# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CASE NO. 1:18-CR-687 |
| Plaintiff, | : | |
| | : | CHIEF JUDGE PATRICIA A. GAUGHAN |
| vs. | : | |
| | : | |
| SILVIO LEON, | : | **NOTICE OF AUTHORITY** |
| | : | |
| Defendant. | : | |

Defendant Silvio Leon, through undersigned counsel, now provides this Court with an update on the pending sentencing issues. Mr. Leon was originally scheduled to be sentenced on August 20, 2019. On that date, the parties jointly requested that sentencing be continued, and this Court moved the sentencing hearing to November 6, 2019 at 10:00 a.m. The reason for this continuance because one of the key issues in determining Mr. Leon's sentencing guideline range is the applicability of the recent Sixth Circuit case *United States v. Havis*, 927 F.3d 382 (6th Cir. June 6, 2019). The presentence report calculates the loss amount in this case as being $2,570,669.00, which results in an enhancement of 16 levels under U.S.S.G. § 2B1.1(b)(1)(I). PSR at ¶ 44. This formula relies entirely on the "Special Rules" as set forth in U.S.S.G. § 2B1.1, Commentary 3(F), which indicate that in determining loss for cases involving counterfeit or unauthorized access devices, there should be a loss of $500 per access device. Mr. Leon contends that *Havis* renders this application note, and this calculation, to be improper, as the commentary expands the definition of the guideline text. The parties have raised this issue in their respective sentencing memoranda. Dkt. 36; Dkt. 42.

Because the government was potentially seeking to challenge *Havis* before the United States Supreme Court, the parties felt continuing the instant case was proper until the Supreme Court had decided on whether to address *Havis*. The defense has recently come to learn that the Solicitor General's office has decided not to seek a writ of certiorari in *Havis*. As a result, the Sixth Circuit's opinion in *Havis* will remain good law. Defense counsel felt this Court should be aware of this development, and that the parties will be ready to proceed with sentencing on November 6th.

    Respectfully submitted,

    STEPHEN C. NEWMAN
    Federal Public Defender
    Ohio Bar: 0051928

    */s/ Jeffrey B. Lazarus*
    JEFFREY B. LAZARUS
    Assistant Federal Public Defender
    1660 W. 2nd Street, Suite 750
    Cleveland, Ohio 44113
    Telephone: (216) 522-4856
    Facsimile: (216) 522-4321
    jeffrey_lazarus@fd.org

    Attorney for Silvio Leon